BEFORE THE THIRD DIVISION, SEPTEMBER 24, 1963

**No. 68006.**—The Enbun Company and James G. Wiley et al. *v.* United States, protests 256090–K, etc. (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 25, 1963

**No. 68007.**—American Pecco Corp. *v.* United States, protest 63/8302–13399 (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.